

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00492-CR

The **STATE** of Texas,
Appellant

v.

Michael David **SEGURA**,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 605001
Honorable Rosie S. Gonzalez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings consistent with this court's opinion.

SIGNED July 20, 2022.

Rebeca C. Martinez, Chief Justice